UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALICE DEE PETERSEN individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC a Foreign Limited Liability Company; and, SAFWAY, INC., a Foreign Profit Corporation,<br><br>Defendants. | No.<br><br>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT |

## RULE 7.1 DISCLOSURE STATEMENT

Defendant Safeway Inc. is a wholly-owned subsidiary of Albertson's Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC. No publicly held corporation owns 10% or more of Safeway's stock.

Defendant Albertson's, LLC is a wholly-owned subsidiary of Albertson's Holdings LLC, which is a wholly-owned subsidiary of AB Acquisition LLC. No publicly held corporation owns 10% or more of Albertson's, LLC stock.

//

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – PAGE 1
CAUSE NO.

2469373 / 824.0064

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Dated this 24th day of September, 2019.

FORSBERG & UMLAUF, P.S.

By: _____
Kimberly A. Reppart, WSBA #30643
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2050
Telephone: (206) 689-8500
Email: kreppart@foum.law
Attorneys for Defendants


FORSBERG & UMLAUF, P.S.

By: _____
Alex E. Ormsby, WSBA #52677
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2050
Telephone: (206) 689-8500
Email: aormsby@foum.law
Attorneys for Defendants

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – PAGE 2
CAUSE NO.

2469373 / 824.0064

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

## CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the foregoing **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** on the following individuals in the manner indicated:

Mr. Kenneth E. Brewe
Brewe Layman, P.S.
3525 Colby Avenue, Suite 333
P.O. Box 488
Everett, WA  98206
(X) Via ECF

**SIGNED** this 26th day of September, 2019, at Seattle, Washington.

_____
Lynda T. Ha

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT – PAGE 3
CAUSE NO.

2469373 / 824.0064

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX