UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALICE DEE PETERSEN,

            Plaintiff,

v.

ALBERTSONS LLC,

            Defendants.

Case No. C19-1547 RAJ-TLF

ORDER AMENDING PRETRIAL SCHEDULE

This matter comes before the Court on the parties' stipulated motion to continue the pretrial deadlines. Dkt. 14. The parties inform the Court that as a result of the current COVID-19 pandemic and Governor Jay Inslee's Proclamation 20-05, the parties have been unable to conduct necessary discovery, including plaintiff's deposition. Dkt. 14.

The Court, having reviewed the record and the parties' Stipulated Motion (Dkt. 14), hereby ORDERS:

(1) The parties' Stipulated Motion (Dkt. 14) is GRANTED;

(2) The deadlines set forth in the previous Order Setting Pretrial Schedule (Dkt. 13) shall be amended and the parties shall now conform to the following revised deadlines:

| Event | Date |
|---|---|
| Disclosure of expert witnesses | November 3, 2020 |

ORDER AMENDING PRETRIAL SCHEDULE - 1

| | |
|---|---|
| Disclosure of rebuttal witnesses | December 6, 2020 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | Noting date: January 28, 2021 |
| Discovery (including meet-and-confer meetings) completed by | February 1, 2021 |
| Dispositive Motion Deadline | April 5, 2021 |

Dated this 14th day of May, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge